# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Casper v. Ayasanonda | CAAP–11–0000557 | 06/06/2014 | Vacated, Remanded and Affirmed |
| Marvin v. Pflueger | CAAP–13–0000389 | 06/10/2014 | Affirmed |
| State v. Ramos | CAAP–12–0000138 | 06/13/2014 | Reversed |
| State v. Lopez | CAAP–11–0000373 | 06/13/2014 | Vacated and Remanded |
| United Public Workers, AFSCME, Local 646, AFL-CIO v. State of Hawaii, Dept. of Human Services, Hawaii Youth Correctional Facility (2011-027) | CAAP–11–0001021 | 06/16/2014 | Vacated and Remanded |
| American Savings Bank, F.S.B. v. Riddel | CAAP–11–0000559 | 06/27/2014 | Vacated and Remanded |
| Dagres v. County of Hawai'i Planning Dept. | CAAP–11–0000071, CAAP–11–0000074, CAAP–11–0000433, CAAP–11–0000434 | 06/30/2014 | Affirmed |
| Hillbroom v. Lujan | CAAP–11–0000569 | 06/30/2014 | Vacated and Remanded |
| Morioka v. Lee | CAAP–13–0001761 | 08/27/2014 | Vacated in part, Affirmed in part and Remanded |
| State v. Smith | CAAP–12–0000583 | 09/08/2014 | Affirmed |
| State, Dept. of Human Services v. Carroll | CAAP–13–0002286 | 09/10/2014 | Reversed |
| Babson v. Nago | CAAP–10–0000007 | 09/17/2014 | Vacated |
| State v. Abdon | CAAP–13–0000086 | 09/26/2014 | Vacated and Remanded |
| State v. Fanene | CAAP–13–0000252, CAAP–13–0001096 | 09/30/2014 | Affirmed |